Certificate Number: 14912-PAE-DE-030501228

Bankruptcy Case Number: 17-17405



14912-PAE-DE-030501228

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2018, at 2:22 o'clock PM EST, Karen Catanzaro completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 30, 2018    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor